**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

| In re ELETSON HOLDINGS INC., et al. |

25 **CIVIL** 5753 (LJL)

**JUDGMENT**

----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated October 14, 2025, Holdings' motion to dismiss the appeal of "Provisional Eletson Holdings" appeal in Dkt. No. 25-cv-5753 is granted.

**Dated:** New York, New York
October 15, 2025

**TAMMI M. HELLWIG**
Clerk of Court

BY:

Deputy Clerk